IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA  DIVISION

JAMES E. PARKER, as personal
representative of the Estate of
BEVERLY ANN (WARD) PARKER, deceased

      Plaintiff,

vs.                      CASE NO.: 3:05cv132/MCR/MD

STRYKER CORPORATION,

      Defendant.
_____/

## O R D E R

This matter is before the Court upon referral from the Clerk.  With knowledge of the recent death of Plaintiff's counsel, Richard Warfield, the Court has been advised that attorney James McKenzie is the inventory attorney assigned to Mr. Warfield's files.  As the deadlines imposed in the Scheduling and Mediation Order have elapsed and this matter is presently scheduled for trial on February 20, 2006, the Plaintiff shall be required to advise the Court of the status of his representation and readiness for trial.  Therefore,

It is ORDERED that:

1.    Mr. Parker shall have **until October 28, 2005,** in which to advise the Court **in writing** 1) that he has obtained new counsel, who shall be required to make an appearance in this case by the aforementioned date; 2) that he shall represent himself; **or** 3) that he wishes to voluntarily dismiss this action, which dismissal shall be with prejudice.  If Mr. Parker fails to so advise the Court within the time allotted, the Court shall deem the matter abandoned and enter an Order dismissing this cause with prejudice.  Whether or not Mr. Parker obtains new counsel or elects to represent himself, the Court will give due consideration to any timely requests to reopen discovery and continue the trial.

  2. The Clerk shall serve a copy of this Order upon James F. McKenzie, Esquire, 905 East Hatton Street, Pensacola, Florida 32503, who as the inventory attorney assigned to Mr. Warfield's files is hereby directed to provide a copy to Plaintiff.

  **DONE and ORDERED** on this 28th day of September, 2005.

          *s/ M. Casey Rodgers*
          **M. CASEY RODGERS**
          **United States District Judge**