**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA  DIVISION**

JAMES E. PARKER, as personal
representative of the Estate of
BEVERLY ANN (WARD) PARKER, deceased

        Plaintiff,

vs.                                  CASE NO.: 3:05cv132/MCR/MD

STRYKER CORPORATION,

        Defendant.
_____/

**O R D E R**

        This matter is before the Court upon referral from the Clerk.  Upon knowledge of the recent death of Plaintiff's counsel, the Court entered an Order on September 28, 2005, advising Plaintiff to notify the court in writing of the status of his legal representation or his desire to dismiss this action.  The court further advised that failure to notify the court as directed would prompt dismissal with prejudice.  No pleadings or communications have been received from Plaintiff and the time to do so has passed.  Therefore,

        It is ORDERED that:

        1.     This action is dismissed with prejudice due to Plaintiff's failure to comply with an order of the court.

        2.     The Clerk shall serve a copy of this Order upon James F. McKenzie, Esquire, 905 East Hatton Street, Pensacola, Florida 32503, who as the inventory attorney assigned to Mr. Warfield's files is hereby directed to provide a copy to Plaintiff.

        **DONE and ORDERED** on this 4th day of November, 2005.

                                              *s/ M. Casey Rodgers*

                                              **M. CASEY RODGERS
United States District Judge**